

# In the United States Court of Federal Claims

No. 17-2043C
(Filed: May 3, 2018)

**FILED**

MAY - 3 2018

U.S. COURT OF
FEDERAL CLAIMS

*************************************
KERI LYN COULTER,                    *
                                     *
            Plaintiff,               *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
*************************************

## ORDER

On April 5, 2018, the court ordered plaintiff to file his response to defendant's motion to dismiss by April 26, 2018, and informed plaintiff that a failure to do so may result in the court dismissing the case for failure to prosecute. Plaintiff did not file a response by the deadline. Accordingly, plaintiff's case is dismissed for failure to prosecute pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge

7017 1450 0000 1346 4810